# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED JANUARY 31, 2013

### NO. 03-11-00193-CV

**John Koo Hyun Kim, Appellant**

**v.**

**David Evans, Yew Doh Young, David A. Wright, Miles White, Mark Tammen,
Kewn Shin Young, Jin Rim Hyung, Seok O. Won, Kim Roy Moon Seok, Chol Moon In,
Jai Kyung Lee, Min Chong Lee, Sun Bai Kim, Hong Il Kim, Sang Wuk Kang,
John Judson, Rashall Hunter, et al., Appellees**

### APPEAL FROM 250TH DISTRICT COURT OF TRAVIS COUNTY
### BEFORE CHIEF JUSTICE JONES, JUSTICES PURYEAR AND GOODWIN
### AFFIRMED -- OPINION BY JUSTICE PURYEAR

**THIS CAUSE** came on to be heard on the record of the court below, and the same being considered, because it is the opinion of this Court that there was no error in the trial court's judgment: **IT IS THEREFORE** considered, adjudged and ordered that the judgment of the trial court is in all things affirmed. It is **FURTHER** ordered that the appellant pay all costs relating to this appeal, both in this Court and the court below; and that this decision be certified below for observance.